**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-02245-PAB-SKC

CAMMIE KENNEDY,

Plaintiff,

v.

REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate, for and on behalf of the UNIVERSITY OF COLORADO, SKAGGS SCHOOL OF PHARMACY AND PHARMACEUTICAL SCIENCES,

Defendant.

_____

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO
MOTION FOR SUMMARY JUDGMENT**
_____

Plaintiff moves the Court for an order extending the deadline for a Response to the Motion for Summary Judgment for one week, up to and including November 7, 2019, and, in support, states that:

1. **CONFERRAL:** Per D.C.COLO.LCIVR7.1, counsel have conferred via email on September 25, 2019 and October 28, 2019 and opposing counsel does not object to the proposed one week extension of time.

2. The deadline to file a Response to Defendant's Motion for Summary Judgment in this case is October 31, 2019.

3. Plaintiff did not oppose the extension for Defendant to file their Motion for Summary Judgment but had already committed to several other client-related events that rendered counsel unavailable for more than half of the modified response period.

4. The Court has granted three previous extensions of time in this matter.

   a. On November 5, 2018, the Court granted Defendant additional time to answer or otherwise respond to Plaintiff's Complaint.

   b. On July 23, 2019, the Court granted Plaintiff's Unopposed Motion for Extension of Time for Discovery and Dispositive Motion Deadline.

   c. On September 25, 2019, the Court granted Defendant's Unopposed Motion for Extension of Dispositive Motion Deadline.

5. No parties would be prejudiced by this extension of time.

WHEREFORE, Plaintiff respectfully requests an extension of time to Respond to Defendant's Motion for Summary Judgment for one week, up to and including November 7, 2019.

Respectfully submitted this 28th day of October, 2019.

/s/ *Rachel E. Ellis*
Rachel E. Ellis
Euell Thomas
Livelihood Law, LLC
3401 Quebec Street, Suite 6009
Denver, CO 80207
Phone: (720) 465-6972
Email: ree@livelihoodlaw.com
        ebt@livelihoodlaw.com

## CERTIFICATE OF SERVICE

I certify that on October 28, 2019, the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO MOTION FOR SUMMARY JUDGMENT** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Erica Weston
Erica.weston@cu.edu

Hermine Kallman
Hermine.kallman@cu.edu

/s/ *Amber Klein*