## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02245-PAB-SKC

CAMMIE KENNEDY,

      Plaintiff,

v.

REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate, for an on behalf of the UNIVERSITY OF COLORADO, SKAGGS SCHOOL OF PHARMACY AND PHARMACEUTICAL SCIENCES,

      Defendant.

## JOINT STIPULATION OF DISMISSAL

Plaintiff Cammie Kennedy and Defendant Regents of the University of Colorado, by counsel, hereby submit this Joint Stipulation of Voluntary Dismissal.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal with prejudice of each and every claim brought by Plaintiff in the above-entitled action, and each party is to bear their own costs and attorneys' fees.

DATED this 22nd day of June, 2020.

| | |
|---|---|
| */s/ Rachel E. Ellis* | */s/ Hermine Kallman* |
| Rachel E. Ellis | Hermine Kallman |
| Euell B. Thomas | University of Colorado |
| Livelihood Law, LLC | Office of University Counsel |
| 3401 Quebec Street, Suite 6009 | 1800 Grant Street, Suite 700 |
| Denver, Colorado 80207 | Denver, CO 80203 |
| ree@livelihoodlaw.com | Hermine.kallman@cu.edu |
| ebt@livelihoodlaw.com | |
| Attorneys for Plaintiff | Attorney for Defendant |

2

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of June, 2020, the foregoing **JOINT STIPULATION OF DISMISSAL** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Erica Weston
Erica.weston@cu.edu

Hermine Kallman
Hermine.kallman@cu.edu

/s/  *Amber Klein*